of the State of New York and Others, Defendants, Impleaded with Kate M. Brookfield, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Annie L. Lockwood, Respondent, v. Hester C. Wightman and Joseph M. Brown, Defendants, Impleaded with McWalter B. Sutton, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented.

Michael Lutz, Respondent, v. Simon Bender, Appellant, Impleaded with Morris Bender, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of requiring plaintiff to serve a bill of particulars specifying the dates and places at which any person was kicked or attacked by the horse described in the complaint previous to the date on which plaintiff alleges that he was injured. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Charles R. Macaulay, Appellant, v. Culp & McCauley and Others, Respondents.— We think that the authorities cited by the learned Special Term did not require it to deny the motion of the plaintiff for amendment, but that the application was within the purview of section 723 of the Code of Civil Procedure. The order is, therefore, reversed, with ten dollars costs and disbursements, and the application remitted to the Special Term. Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ., concurred.

Charles R. Macaulay, Appellant, v. Parkville Builders' Supply Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and application remitted to the Special Term. (See *Macaulay* v. *Culp & McCauley, ante,* p. 926, decided herewith.) Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ., concurred.

Jennie F. Marmion, as Administratrix, etc., of Frank A. Marmion, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company and New York and Harlem Railroad Company, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Woodward and Rich, JJ.

Christopher J. O'Connell, Respondent, v. The Press Publishing Company, a Domestic Corporation, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, Thomas, Carr and Woodward, JJ., concurred; Jenks, P. J., not voting.

The People of the State of New York ex rel. Charles A. Ryer, Appellant, v. John R. Voorhis, State Superintendent of Elections for the Metropolitan Elections District, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Garvey* v. *Prendergast* (148 App. Div. 129). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Julius Seleska, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, and Bernard H. Fee, as Acting Deputy Collector of Assessments and Arrears of the City of New York for the Borough of Queens, Respondents.—

Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Keating* v. *Prendergast* (*ante*, p. 541), decided herewith. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.